THE LEHIGH & HUDSON RIVER RAILWAY COMPANY, ET
    *ALS.*, PETITIONERS, v. DEPARTMENT OF PUBLIC
    UTILITIES, RESPONDENT.

*Messrs. Emory, Langan & Lamb* and *Messrs. Toolan, Haney
& Romond* for the petitioners.

November 2, 1953.   Granted.